UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:21-cr-32

vs.

DAMON MYERS,                               District Judge Michael J. Newman

    Defendant.

**ORDER CONFIRMING: (1) DEFENDANT DAMON MYERS'S POST-HEARING BRIEF REGARDING HIS PENDING MOTIONS TO SUPPRESS (Doc. Nos. 38 and 39) IS DUE NO MORE THAN 21 DAYS AFTER DEFENDANT RECEIVES THE HEARING TRANSCRIPT; (2) THE GOVERNMENT'S OPPOSITION MEMORANDUM IS DUE NO MORE THAN 21 DAYS AFTER THE GOVERNMENT RECEIVES DEFENDANT'S POST-HEARING BRIEF; (3) DEFENDANT'S REPLY BRIEF, IF DEFENDANT CHOOSES TO FILE ONE, IS DUE NO MORE THAN 10 DAYS AFTER DEFENDANT RECEIVES THE GOVERNMENT'S OPPOSITION MEMORANDUM; AND (4) DIRECTING THE PARTIES TO ADDRESS IN THEIR RESPECTIVE FILINGS THE SUBSTANCE OF THE TIP THE ARRESTING OFFICERS RECEIVED REGARDING DEFENDANT AND THE SEARCH INCIDENT TO ARREST THAT THE OFFICERS CONDUCTED**

This criminal case is before the Court following a hearing held on April 17, 2023 regarding Defendant Damon Myers's motions to suppress. Doc. Nos. 38 and 39. At that hearing, the parties requested leave to file post-hearing briefs, which the Court granted. The Court's [Criminal Standing Order](#) (eff. March 6, 2023) will govern the parties' post-hearing briefing deadlines.

As stated in the Criminal Standing Order, Defendant's post-hearing brief is **due no more than 21 days after** Defendant receives the hearing transcript. The Government's opposition memorandum is **due no more than 21 days after** the Government receives Defendant's post-hearing brief. Defendant's reply brief, if Defendant chooses to file one, is **due no more than 10 days after** Defendant receives the Government's opposition memorandum.

2

If either side needs additional time to file their respective motions, they may file a motion with the Court making such request.

The Court **DIRECTS** the parties to address in their respective filings, in particular, (1) the substance of the tip the arresting officers received regarding Defendant and (2) the search incident to arrest that the officers conducted.

**IT IS SO ORDERED.**

 April 19, 2023                                      s/Michael J. Newman  
                                                                                    Hon. Michael J. Newman  
                                                                                     United States District Judge